**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**STEVEN HALL**                                                          **PETITIONER**

v.                                                       No. 2:04CV114-P-A

**STATE OF MISSISSIPPI**                                    **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* under 28 U.S.C. § 2241 is hereby **DISMISSED** for failure to exhaust state remedies.

**SO ORDERED,** this the 5th day of May 2005.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE